```
            UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

WILLIAM A. MERRITT,

    Plaintiff,

v.                                  Civil Action No. 2:09-cv-00522

RUSSELL MATHENY, et al.,

    Defendants.

**MEMORANDUM OPINION AND ORDER**

By Standing Order, this action was referred to United States Magistrate Judge Mary E. Stanley for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Stanley submitted to the court her Findings and Recommendation on September 22, 2011, in which she recommended that the court deny the defendant Janet Payne's motion for summary judgment and permit this claim to go forward, along with the claims against the remaining defendants.

In accordance with the provisions of 28 U.S.C. § 636(b), defendant was allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Stanley's Findings and Recommendation. The failure of any party to file such objections within the time allotted constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Stanley and defendant Janet Payne's Motion for Summary Judgment is **DENIED**;

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** on this 20th day of October, 2011.

ENTER:

David A. Faber
Senior United States District Judge